IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA GLASS, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>FIELDWOOD ENERGY, LLC, ET AL.<br><br>Defendants. | MASTER CASE NO. 2:16-cv-13762<br>c/w CASE NO. 2:16-cv-15922<br><br>JUDGE MARTIN L.C. FELDMAN<br><br>MAGISTRATE MICHAEL B. NORTH<br><br>DOCUMENT PERTAINS TO ALL CASES |

**STIPULATION OF DISMISSAL**

NOW INTO COURT, through undersigned counsel, come plaintiffs Barbara Glass, as Administratrix of the Succession of Robert Glass and as natural tutrix of Karli Glass, Kameron Glass, and Kyleigh Glass, Misty Cruz, on behalf of Julian Cruz, and Keith M. Greene, Sr., and defendants Fieldwood Energy LLC, Patrick Huse, John Riley, Richard Tate, Island Operating Company, Inc., Gregg Falgout, John Saldana, Shamrock Management, LLC, Craig Robichaux, and Jason Lyons, which jointly stipulate that this matter is voluntarily **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and attorney's fees.

1

{N3510851.1}

Respectfully submitted,

*/s/ Cayce C. Peterson*
HUGH P. LAMBERT, T.A. (La. # 7933)
CAYCE C. PETERSON (La. # 32217)
JACKI SMITH (La. # 34769)
MORGAN EMBLETON (La. # 35769)
BRIAN C. MEARS (La. # 35909)
The Lambert Firm, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile:  (504) 529-2931
hlambert@thelambertfirm.com
cpeterson@thelambertfirm.com
jsmith@thelambertfirm.com
membleton@thelambertfirm.com
bmears@thelambertfirm.com

*Counsel for Plaintiffs, Barbara Glass, as Administratrix of the Succession of Robert Glass and as natural tutrix of Karli Glass, Kameron Glass, and Kyleigh Glass, Misty Cruz, on behalf of Julian Cruz, and Keith M. Greene, Sr.*


*/s/ Thomas J. Cortazzo*
THOMAS J. CORTAZZO, T.A. (La. # 18174)
LARRY E. MOBLEY (#29990)
Baldwin Haspel Burke & Mayer LLC
Energy Centre – 36th Floor
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 569-2900
Facsimile:  (504) 293-5613
tcortazzo@bhbmlaw.com
lmobley@bhbmlaw.com

*Counsel for Defendants, Shamrock Management, LLC, Craig Robichaux, and Jason Lyons*

*/s/ Edward F. Harold*
EDWARD F. HAROLD, T.A. (La. # 21672)
LAWRENCE J. SOROHAN (La. # 26120)
Fisher & Phillips LLP
201 St. Charles Ave., Suite 3710
New Orleans, Louisiana 70170
Telephone: (504) 592-3801
Facsimile:  (504) 529-3850
eharold@fisherphillips.com
lsorohan@fisherphillips.com

*Counsel for Defendants, Island Operating Company, Inc., Gregg Falgout, and John Saldana*


*/s/ Tyler J. Rench*
ROBERT B. BIECK, JR., T.A. (La. # 3066)
CHRISTOPHER S. MANN (La. # 26397)
TYLER J. RENCH (La. # 34049)
Jones Walker LLP
201 St. Charles Ave., Suite 5100
New Orleans, Louisiana 70170
Telephone: (504) 582-8336
Facsimile:  (504) 582-8336
rbieck@joneswalker.com
cmann@joneswalker.com
trench@joneswalker.com

and

DOUGLAS C. LONGMAN, JR. (La. # 8719)
Jones Walker LLP
600 Jefferson St., Suite 1600
Lafayette, Louisiana 70501
Telephone: (337) 593-7607
Facsimile:  (337) 593-7601
dlongman@joneswalker.com

*Counsel for Defendants, Fieldwood Energy LLC, Patrick Huse, John Riley, and Richard Tate*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed electronically on November 30, 2017. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Cayce C. Peterson*

{N3510851.1}